UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN HORNE,<br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and<br>ELECTRIC EEL MANUFACTURING<br>COMPANY, INC.<br>      Defendants. | No. 17-cv-08080 |

## DEFENDANTS' PETITION FOR COSTS

NOW COME Defendants, HOME DEPOT U.S.A., INC. ("Home Depot") and ELECTRIC EEL MANUFACTURING COMPANY, INC. ("Electric Eel"), by and through their attorneys TRIBLER, ORPETT & MEYER, P.C. and pursuant to Fed. R. Civ. 54(d) and Local Rule 54.1, hereby petition this Court costs to date of $13,603.77 incurred by Defendants in this action, and in support thereof, state as follows:

1. Defendants Home Depot and Electric Eel filed motions for summary judgment under Federal Rule of Civil Procedure 56.

2. On February 12, 2019, Defendants Home Depot and Electric Eel's motions for summary judgment were granted and judgment was entered in favor of Defendants and against Plaintiff.

3. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Defendants are entitled to recover their costs as the prevailing party in this action.

4. Rule 54(d) provides that costs other than attorney's fees shall be allowed as of course to the prevailing party. Fed. R. Civ. Pro. 54(d). Types of taxable costs under Rule 54(d) include: (1) deposition expenses; (2) witness fees and witnesses' travel and subsistence expenses, where the witnesses' testimony was material, relevant, and reasonably necessary to the case; (3)

printing fees; (4) fees to print copies of papers necessary for the use of the case, etc. *See* F. R.C.P. 54(d). This rule has been interpreted as creating a presumption that a prevailing party in a lawsuit is entitled to recover his costs. *McGill v. Faulkner 8*, 18 F.3d 446, 459 (7th Cir. 1994).

5. Defendants seek an award of costs in the amount of $13,603.77 payable to Tribler Orpett & Meyer P.C., pursuant to Rule 54(d). Pursuant to Local Rule 54.1, a Bill of Costs and receipts have been submitted to the Court itemizing the costs expended by Defendants in the defense of this action totaling $13,603.77. (See Bill of Costs, attached hereto as Exhibit "A").

6. As to the costs expended by Defendants and listed in the Bill of Costs, the undersigned counsel has executed an affidavit that said costs were billed to and paid by the Defendants or their insurer. (See Affidavit, attached hereto as Exhibit "B").

WHEREFORE, Defendants, HOME DEPOT U.S.A., INC. and ELECTRIC EEL MANUFACTURING COMPANY, INC., respectfully pray for an order granting them a judgment for costs in the amount of $13,603.77 to be paid within 30 days of entry and/or posted as an appeal bond, and for any such other relief as in equity shall be just.

Respectfully submitted,

TRIBLER, ORPETT & MEYER, P.C.

_____
One of the attorneys for Defendants
Home Depot U.S.A., Inc. and Electric Eel
Manufacturing Company, Inc.

Michael J. Meyer, Esq. – ARDC # 6193712
Daniel S. Nathan, Esq. – ARDC # 6300411
Tribler, Orpett & Meyer, P.C.
225 W. Washington St., Suite 2550
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of Defendants Home Depot, U.S.A., Inc. and Electric Eel Manufacturing Company, Inc.'s Petition for Costs, was served upon:

James L. Bizzieri
Bizzieri Law Offices, LLC
10258 S. Western Avenue
Suite 210
Chicago, IL 60643
(773) 881-9000
(773) 881-9009
jlbizzieri@bizzierilaw.com

service was accomplished pursuant to ECF as to Filing Users and complies with Local Rules as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, on February 25, 2019, with proper postage prepaid.

                                                s/ Daniel S. Nathan
                                                    an Attorney